### 1022.   HILL *v.* THE STATE.

HILL, C. J.   No error of law is complained of, and the verdict is fully supported by the evidence.                    *Judgment affirmed.*

Accusation of pointing gun at another, from city court of Hartwell—Judge Hodges.   January 8, 1908.

Submitted March 11,—Decided March 30, 1908.

*A. G. & Julian McCurry,* for plaintiff in error.

*James H. Skelton, solicitor,* contra.